# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYMOND DALE CLARK, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-13-0389-F |
| ROBERT C. PATTON, | ) |
| Respondent. | ) |

## ORDER

Before the court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered April 3, 2014. Doc. no. 13. No objection to the Report and Recommendation has been filed nor has an extension of time to object been sought or granted. Therefore, the Report and Recommendation (doc. no. 13) is **ADOPTED** in its entirety and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

Dated May 13, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0389p002.wpd